IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHAN LUCE * | |
| * | |
| PLAINTIFF * | |
| VS. * | CIVIL ACTION NO. _____ |
| * | |
| LOUISIANA RECOVERY SERVICES, INC. * | COMPLAINT AND |
| * | DEMAND FOR A JURY TRIAL |
| DEFENDANT * | |

**COMPLAINT**

I. Introduction

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Nathan Luce ("plaintiff" or "Mr. Luce"), is a natural person who resides in Ascension Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Louisiana Recovery Services, Inc. (hereinafter referred to as "LRS" or "defendant") is a domestic corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Robin Jane Sonnier, 1304 Bertrand Drive, Suite F-4, Lafayette, LA 70506.  LRS, at all times relevant hereto, regularly attempted to collect

debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. The defendant is attempting to collect an alleged debt from Mr. Luce on behalf of Acadian Ambulance totaling $3982.99.

6. This alleged debt arose from the use of ambulance services after an automobile accident.

7. Mr. Luce obtained counsel to represent him in regard to this alleged debt, Andre Gauthier.

8. Defendant LRS was advised of this representation and after being informed of this, continued to contact Mr. Luce directly.

9. This contact took place within one year of the filing of this suit.

10. Defendant was further informed by Mr. Luce that he disputed this alleged debt because this was solely the responsibility of his insurance carrier(s), and that Acadian Ambulance had been paid in full after the time of service but then had refunded this payment to the insurance company.

11. Within the one year of filing of this suit, LRS thereafter sent information to consumer reporting agencies regarding this alleged debt, but failed to notify these agencies that this alleged debt was disputed.

## **DEFENDANT'S PRACTICES**

12. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692c and 1692e(8).

13. Plaintiff has suffered actual damages and injury, including, but not limited to,

stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, and denial of credit for which he should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant Louisiana Recovery Services, Inc. for:

a. Additional damages;

b. Actual damages;

c. Attorney fees, litigation expenses and costs; and

d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

                                        s/Garth J. Ridge
                                        **GARTH J. RIDGE**
                                        Attorney for Plaintiff
                                        Bar Roll Number: 20589
                                        251 Florida Street, Suite 301
                                        Baton Rouge, Louisiana 70801
                                        Telephone Number: (225) 343-0700
                                        Facsimile Number: (225) 343-7700
                                        E-mail: GarthRidge@aol.com