UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHAN LUCE | CIVIL ACTION |
| VERSUS | NUMBER 10-491-RET-DLD |
| LOUISIANA RECOVERY SERVICES, INC. | |

## ORDER

The Court having been advised by counsel for the parties that the above action has been settled:

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, this ___13___ day of July, 2011.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA